# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 5:24-cr-00101 |
| ) | |
| Plaintiff, ) | JUDGE DAVID A. RUIZ |
| ) | |
| vs. ) | ORDER ACCEPTING PLEA |
| ) | AGREEMENT, JUDGMENT AND |
| CHRISTIAN HENSLEY, ) | REFERRAL TO U.S. PROBATION |
| ) | OFFICE |
| Defendant. ) | |
| ) | |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Jennifer Dowdell Armstrong regarding the change of plea hearing of Christian Hensley which was referred to the Magistrate Judge with the consent of the parties.

On March 22, 2024, the Government filed a seven count Information, charging Defendant Christian Hensley in Counts 1, 2, 3 and 4 with Wire Fraud, in violation of Title 18 U.S.C. § 1343; in Count 5 with Bank Fraud in violation of Title 18 U.S.C. § 1344; and in Counts 6 and 7 with Aggravated Identity Theft, in violation of Title 18 U.S.C. § 1028A(a)(1). Defendant Christian Hensley was arraigned on April 2, 2024, and Magistrate Judge Jennifer Dowdell Armstrong received Defendant Christian Hensley's plea of guilty to Count 1, 2, 3, 4, 5, 6, and 7 of the Information, with plea agreement, and issued the R&R, concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Christian Hensley  is found to be competent to enter a plea and to understand his constitutional

rights.  He is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Christian Hensley  is adjudged guilty of the following: Counts 1, 2, 3 and 4 of the Information with Wire Fraud, in violation of Title 18 U.S.C. § 1343; Count 5 with Bank Fraud in violation of Title 18 U.S.C. § 1344; and Counts 6 and 7 with Aggravated Identity Theft, in violation of Title 18 U.S.C. § 1028A(a)(1). This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report. Sentencing will take place on August 20, 2024, at 10:30 a.m.  in Courtroom 17B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

*s/David A. Ruiz*     8/19/2024
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE